JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRIAM L. C.,<br>　　　　　Plaintiff,<br>　　v.<br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br>　　　　　Defendant. | NO. EDCV 21-837-KS<br><br>JUDGMENT |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed, and the above-captioned action is remanded for further proceedings consistent with the provisions of the Memorandum Opinion and Order.

DATE: February 7, 2023

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE